# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>LEROY DONOVAN COMBS,<br><br>  Defendants. | U.S.D.C. No.<br>1:13−cr−00362−AWI−BAM<br><br>Eastern District of California<br><br>[U.S.C.A. No. 16−10103]<br><br>**ORDER EXTENDING THE DEFENDANT'S DATE OF SELF-SURRENDER TO JUNE 8, 2016** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the defendant's surrender date of May 9, 2016 be extended to June 8, 2016 at 2:00 p.m.

IT IS FURTHER ORDERED that all other conditions of release shall remain in full force and effect until further order of the court.

IT IS SO ORDERED.

Dated:   April 25, 2016                    _____
                                                           SENIOR DISTRICT JUDGE