Andrea R. St. Julian, Bar No. 134919
12707 High Bluff Dr., Ste. 200
San Diego, CA 92130
Tel. (858) 792-6366
Fax: (858) 792-6069
astjulian@san.rr.com

Attorney for Appellant-Defendant,
Leroy Donovan Combs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA, | U.S.D.C. No.   1:13‑cr‑00362‑AWI‑BAM |
| Plaintiff, | Eastern District of California, Fresno |
| v. | |
| LEROY DONOVAN COMBS, | [U.S.C.A. No. 16‑10102] |
| Defendant. | **DEFENDANT/APPELLANT'S UNOPPOSED   APPLICATION FOR ORDER TO STAY SELF-SURRENDER DATE PENDING ADJUDICATION OF COURT OF APPEAL BAIL MOTION; PROPOSED ORDER; DECLARATION** |

Pursuant to Ninth Circuit Rule 9-1.2(e), Defendant/Appellant, LeRoy Combs, through his appointed counsel, requests that this court issue an order recognizing the stay of Mr. Combs's June 9, 2016 self-surrender date. This stay came into effect on June 4, 2016 when Mr. Combs filed a motion for bail pending appeal with the Ninth Circuit Court of Appeals.

Mr. Combs further requests that, in the event the Court of Appeals denies his request for bail pending appeal, his self-surrender date will be extended to 14 days following the denial, 2:00 p.m. The government does not oppose any portion of this application, including the 14-day request. This application is based on the attached memorandum of law and facts and declaration of counsel.

Dated: June 13, 2016                        Respectfully submitted,

                                                /s/ Andrea R. St. Julian
                                                Andrea R. St. Julian
                                                Attorney for Defendant-Appellant
                                                Leroy Donovan Combs

## MEMORANDUM OF LAW AND FACTS

A.   **Relevant Factual and Procedural History**

On September 26, 2013, the government filed an indictment against Leroy Donovan Combs alleging he made False Claims Against the United States in violation of 18 U.S.C. § 287.  (Doc. 1, pp. 1, 5-6[1]) Following the filing of the indictment, this court issued a warrant for Mr. Combs, and he was arrested on October 4, 2013. (Doc. 368, p. 5) At Mr. Combs' arraignment/detention hearing on the same date, this court allowed Mr. Combs to remain free based on a personal recognizance bond. (Doc. 22, p. 1; Doc. 217, p. 15)

The indictment was adjudicated by a trial that ended on November 10, 2015. The jury found Mr. Combs guilty of Count Sixteen of the indictment charging False Claims Against the United States, in violation of 18 U.S.C. § 287. (Doc. 343, p. 20)

On March 7, 2016, the district court sentenced Mr. Combs to 45 months of incarceration to be followed by 24 months of supervised release. (Doc. 407, pp. 2-3) In so doing, this court allowed Mr. Combs to remain on bail with a self-surrender date of May 9, 2016 .   (Doc.   407, p. 2) On March 8, 2016, Mr. Combs filed a timely notice of appeal. (Doc. 397, p. 1)

On April 25, 2016, this court granted Mr. Combs's request to continue his self-surrender date to June 8, 2016. (Doc. 462) On that same date, Mr. Combs filed with the district court a motion for bail pending

---

[1]Page numbers reference the ECF page number.

appeal. (Doc. 464, p. 1) On May 9, 2016, the district court denied the bail motion. (See Docket entry 477) It also extended Mr. Combs's self-surrender date to June 9, 2016. (See Docket entry 477)

On June 4, 2016, Mr. Combs filed a motion for bail pending appeal with the Ninth Circuit Court of Appeals. The Ninth Circuit has not yet ruled on the motion. (Decl. at ¶ 2, p.1)

**B.     Pursuant to Ninth Circuit Rule 9-1.2 (E), Mr. Combs's Self-surrender Date Was Automatically Stayed When He Filed a Motion for Bail Pending Appeal with the Court of Appeals.**

Mr. Combs filed a motion for bail pending appeal with the Ninth Circuit Court of Appeals on June 4, 2016. (Decl. at ¶ 2, p.1)   As a result of that filing, Mr. Combs's self-surrender date of June 9, 2016 2 was automatically stayed. In this regard, Ninth Circuit Rule 9-1.2 (e) states "If the appellant is on bail at the time the [bail] motion is filed in this Court, that bail will remain in effect until the Court rules on the motion." Thus, this court is required to recognize the stay.

**C.     Mr. Combs's Request to Extend His Self-surrender Date for 14 Days Following a Denial of His Motion for Bail Pending Appeal Is Based on Good Cause.**

In the event the Court of Appeals denies his request for bail pending appeal, the stay of Mr. Combs's self-surrender date will dissolve and Mr. Combs will be required to surrender. Because Mr. Combs has no way of knowing when the Court of Appeals will rule on his motion, the unanticipated lifting of the stay will cause him great difficulty because it will require him to surrender immediately without allowing him time to make final preparations. In this regard, Mr. Combs is a 75 year old widower who lives alone.

(Decl. at ¶ 4, p.2) Because he does not have anyone to rely on, he will need at least 14 days to close down his residence and make arrangements regarding his personal property. (Decl. at ¶ 4, p.2) For these reasons,   Mr. Combs requests that his self-surrender date be extend 14 days following a denial of his bail motion. The government does not oppose Mr. Combs's request for a 14-day extension of his self-surrender date.(Decl. at ¶ 3, p.1-2)

## CONCLUSION

Based on the foregoing, Mr. Combs respectfully requests that this Court issue an order recognizing the stay of his June 9, 2016 self-surrender date. This stay came into effect on June 4, 2016 when Mr. Combs filed a motion for bail pending appeal with the Ninth Circuit Court of Appeals.

Mr. Combs further requests that, in the event the Court of Appeals denies his request for bail pending appeal, his self-surrender date will be extended to 14 days following the denial, 2:00 p.m.

Dated: June 11, 2016                        Respectfully submitted,


                                             /s/ Andrea R. St. Julian
                                            Andrea R. St. Julian
                                            Attorney for Defendant-Appellant
                                            Leroy Donovan Combs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | U.S.D.C. No.  1:13‑cr‑00362‑AWI‑BAM |
| )  Plaintiff,  ) | Eastern District of California |
| v.  ) | [U.S.C.A. No. 16‑10103] |
| )  LEROY DONOVAN COMBS,  ) | **DECLARATION OF COUNSEL** |
| )  Defendant.  ) | |

I, ANDREA RENEE ST. JULIAN, under penalty of perjury, declare as follows:

1.  I am an attorney licensed to practice law in the State of California and in the United States District Court for the Eastern District of California.  I am also admitted to practice before the United States Court of Appeals for the Ninth Circuit. Unless otherwise stated, I have personal knowledge of the facts stated herein, and if called upon to do so, could and would competently testify to the following from my personal knowledge.

2.  On June 4, 2016, I filed a motion for bail pending appeal with the Ninth Circuit Court of Appeals on behalf of Mr. Combs. The Ninth Circuit has not yet ruled on the motion.

3. On June 10, 2016, I contacted counsel for the government, Grant Rabenn, regarding the government's position on Mr. Combs's requests made in this application. Mr. Rabenn informed me that the government had no opposition to the stay of Mr.

Combs's self-surrender date pending the adjudication of his motion for bail pending appeal filed with the Court of Appeals. Mr. Rabenn also indicated that the government had no opposition to Mr. Combs's request to extend his self-surrender date for 14 days following a denial of the motion by the Court of Appeals.

4.   I am informed and believe that Mr. Combs is a 75 year old widower who lives alone. I am further informed and believe that, in the event this bail motion is denied, Mr. Combs will need at least 14 days following the denial of the bail motion to close down his residence and make arrangements regarding his personal property.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed at San Diego, California on June 13, 2016.

Dated: June 13, 2016                          /s/ *Andrea R. St. Julian*
                                              Andrea R. St. Julian,
                                                  Declarant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LEROY DONOVAN COMBS,<br><br>    Defendants. | U.S.D.C. No.  1:13‑cr‑00362‑AWI‑BAM<br><br>Eastern District of California<br><br>[U.S.C.A. No. 16‑10103]<br><br>**ORDER STAYING AND EXTENDING THE DEFENDANT'S SELF-SURRENDER DATE** |

PURSUANT TO NINTH CIRCUIT RULE 9-1.2(E), IT IS HEREBY ORDERED that the defendant's self-surrender date of June 9, 2016   is stayed until the Ninth Circuit Court of Appeals rules on Mr. Combs's motion for bail pending appeal.

GOOD CAUSE APPEARING, IT IS FURTHER ORDERED that, in the event the Court of Appeals denies Mr. Combs's request for bail pending appeal, his self-surrender date will be extended to 14 days following the denial, and Mr. Combs shall surrender to the United States Marshal's Office in Fresno, California by 2:00 p.m. on that date.   All other conditions of release shall remain in full force and effect until further order of the court.

IT IS SO ORDERED.

Dated:    June 13, 2016           _____
                                                        SENIOR   DISTRICT   JUDGE